MARVIN HUSSEY v. BENSON CRAIG YORK AND ATTRESS JANET KIDD
AND
ARLENE HUSSEY v. BENSON CRAIG YORK AND ATTRESS JANET KIDD.

(Filed 22 November, 1961.)

APPEAL by each plaintiff from *Gwyn, J.*, at April Civil Term, 1961, of RANDOLPH.

Two civil actions instituted in Superior Court of Randolph (1) by plaintiff in No. 529 for recovery for personal injuries growing out of automobile collision allegedly caused by the negligence of defendants, and (2) by plaintiff in No. 530 for recovery of property damage.

Defendants, answering, deny negligence and plead contributory negligence of plaintiffs.

The two cases were consolidated for trial.

Upon the trial in Superior Court, the plaintiff in each case and the several defendants in each case offered evidence, and the cases were submitted to the jury upon identical issues (except as to names) under the charge of the court.

The jury in each case answered the issue as to negligence of defendants, and as to contributory negligence of plaintiff, in the affirmative, and awarded no damages.

From judgment in accordance therewith the respective plaintiffs

except and appeal to Supreme Court, filing separate appeals, and assign error.

*Ottway Burton, Linwood T. Peoples for each plaintiff appellant.*
*Coltrane & Gavin for defendants appellees.*

PER CURIAM. In Supreme Court the two appeals were heard as one,— plaintiffs assigning many errors based upon exceptions taken in the course of the trial.

However, careful consideration of the evidence offered fails to reveal error of a prejudicial nature sufficient to require disturbing the verdict of the jury as rendered.

As to No. 529— No error.

As to No. 530— No error.